AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moberly, Robyn L. | U.S. Bankruptcy Court for the Southern District of Indiana | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge- Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

317 Birch Bayh Federal Building and Federal Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Power of Attorney | ▨ |
| 3. | Vice President | Indiana Univeristy McKinney School of Law Alumni Association |
| 4. | Treasurer | Indianapolis Bar Association |
| 5. | Executor | Estates ▨ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Whitham Hebenstreit and Zubek, attorneys at law |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/30/13-11/1/13 | Atlanta, Georgia | conference | 2 nights lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moberly, Robyn L. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Indianapolis Bar Association | payment for beverages at judge's investiture ceremony | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Bank of America | consumer credit | J |
| 2. | Citibank | consumer credit | K |
| 3. | Chase Bank | consumer credit | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T stock | D | Dividend | N | T | Distributed (part) | 11/19/13 | N | | Wolfson, Collins, Moberly |
| 2. American Electric Power | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson, Collins, Moberly |
| 3. Frontier Communications | A | Dividend | J | T | | | | | |
| 4. Wells Fargo & Co. | D | Dividend | N | T | Distributed (part) | 10/17/13 | N | | Wolfson Collins Moberly |
| 5. Marshall & Isley Bank | A | Interest | J | T | | | | | |
| 6. Verizon | B | Dividend | J | T | | | | | |
| 7. New Mexico Apache Corp. mineral lease rights | D | Royalty | J | W | | | | | |
| 8. Yates Petroleum Corp. mineral rights | A | Royalty | J | W | | | | | |
| 9. Cimarex Energy Co. | A | Royalty | J | W | | | | | |
| 10. Chesapeake Operating Inc, Oklahoma City, OK | A | Royalty | J | W | | | | | |
| 11. Merit Energy | A | Royalty | J | W | | | | | |
| 12. Endeavor Energy Resources LP, Midland TX | A | Royalty | J | W | | | | | |
| 13. Three Rivers Operating Co | A | Royalty | J | W | | | | | |
| 14. Coca Cola Co. | B | Dividend | L | T | | | | | |
| 15. Eli Lilly Co. | A | Dividend | J | T | | | | | |
| 16. IBM | B | Dividend | K | T | | | | | |
| 17. Kimberly Clark | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Merck | A | Dividend | K | T | | | | | |
| 19. AT&T | A | Dividend | L | T | | | | | |
| 20. Chevron | E | Dividend | O | T | Distributed (part) | 10/17/13 | N | | Wolfson Collins Moberly |
| 21. Exxon Mobil | A | Dividend | L | T | Distributed (part) | 10/17/13 | L | | Wolfson Collins Moberly |
| 22. GE---- Y | A | Dividend | K | T | | | | | |
| 23. Public Storage (REIT) | C | Distribution | L | T | Distributed (part) | 10/17/13 | L | | Wolfson Collins Moberly |
| 24. Value Line Larger Companies Fund | A | Dividend | L | T | | | | | |
| 25. Fidelity Diversified International Fund. | A | Dividend | J | T | | | | | |
| 26. Fidelity Low-Priced Stock Fund | A | Dividend | J | T | | | | | |
| 27. Wells Fargo Advatage Capital Growth I | B | Dividend | K | T | | | | | |
| 28. Blackrock Large Cap Value Reitrement K | A | Dividend | J | T | | | | | |
| 29. PIMCO total REturn Instl | B | Dividend | J | T | | | | | |
| 30. Merrill Lynch Bank Deposit | B | Interest | N | T | Distributed (part) | 10/17/13 | N | | Wolfson, Collins, Moberly |
| 31. CIT Bank Salt Lake City UT Certificate of Deposit | A | Int./Div. | M | T | Distributed (part) | 10/17/13 | L | | Wolfson Collins Moberly |
| 32. Centurylink Inc. | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson, Collins Moberly |
| 33. DTE Energy Corp. | A | Dividend | K | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 34. Exelon Corp | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Piedmont Natural Gas | A | Dividend | K | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 36. Southern Compnay | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 37. Windstream Corp | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 38. Cert of Deposit American Express Bank Salt Lake City UT | C | Interest | J | T | Distributed (part) | 10/17/13 | M | | Wolfson Collins Moberly |
| 39. Cert of Deposit St. Louis, Mo. Indl Dev Auth Rev St. A OID | A | Interest | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 40. Cert of Deposit Univ of Texas Perm Univ | A | Interest | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 41. Ally Financial Inc. | B | Dividend | K | T | Distributed (part) | 10/17/13 | K | | Wolfson Collins Moberly |
| 42. Royal Bank of Scotland Grp PLC | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 43. Bank of America Corp | A | Dividend | L | T | Distributed (part) | 10/17/13 | K | | Wolfson Collins Moberly |
| 44. Cisco Systems Inc | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 45. Citigroup, Inc. | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 46. CNO Financial Group, Inc. | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 47. Southwest Airlines | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 48. Travelers Co. | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 49. Vodafone Group PLC | C | Dividend | K | T | Distributed (part) | 10/17/13 | K | | Wolfson Collins Moberly |
| 50. AllianceBernstein Global Thematic Growth Fund Cl A | A | Dividend | J | T | Distributed (part) | 10/17/13 | J | | Wolfson Collins Moberly |
| 51. Nuveen Investment Quality Municipal Fund | C | Dividend | K | T | Distributed (part) | 10/17/13 | K | | Wolfson Collins Moberly |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Express Scripts Holding Co | | None | J | T | | | | | |
| 53. Dallas Fort Worth Texas IAF IMP RV AMERN RF GTD OID | B | Interest | K | T | Distributed (part) | 10/17/13 | K | | Wolfson Collins Moberly |
| 54. JP Morgan Chase & Co | D | Dividend | N | T | Distributed (part) | 10/17/13 | N | | Wolfson Collins Moberly |
| 55. American Express BK | A | Dividend | L | T | Distributed (part) | 10/17/13 | L | | Wolfson Collins Moberly |
| 56. American Growth Fund | | None | K | T | | | | | |
| 57. American Capital | | None | K | T | | | | | |
| 58. American Capital Income | | None | J | T | | | | | |
| 59. Clearbridge Aggressive Growth Fund | | None | K | T | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

During my tenure as a United States Benkruptcy Judge, I have been managing ▮▮▮▮▮ assets via a power of attorney from each ▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮ Therefore, I have reported all of ▮▮ assets on my Financial Disclosure form. ▮▮▮▮▮▮▮▮▮ I am the executor of ▮▮ wills. ▮▮▮▮▮ ▮▮▮▮▮▮▮ Most of the assets from 2013's Financial Disclosure form have been probated and transferred equally ▮▮▮▮▮ in column 5, I have shown a partial distribution of each asset ▮▮▮▮▮▮▮▮

▮▮▮▮▮ estates are not fully administered. I discovered assets I did not know ▮▮ owned and some of the assets have been difficult to transfer, specifically the oil rights ▮▮ owned in the southwest part of the United States. These are still reflected on my Financial Disclosure form.

The amount of GE stock listed is decreased but no transactions occurred. During all of 2012, 2013 and up to today, I have owned 1,205 shares of GE stock with a current total value of approximately $28,000.

A trust ▮▮▮▮▮▮▮▮▮▮▮ , owned 2 CD's issued by GE Capital in the total sum of $61,933.00.

In 2013, I made an error in this report and included one of the GE Capital CD's in the total of GE stock. In fact, at all relevant times, I held the power of attorney ▮▮▮▮▮▮ However, I was never the Trustee of the Q-TIP trust created ▮▮▮▮▮▮▮▮ I thought that I was the trustee and, hence, in 2013 I reported the GE Capital CD's on my Financial Disclosure report. Since the CD's should NOT have been reported in 2013, I have deleted them on this 2013 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robyn L. Moberly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544